1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM J. NELSON,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

NO. CR16-038RSL

ORDER GRANING MOTION FOR
EARLY TERMINATION OF
SUPERVISED RELEASE

(PROPOSED)

This matter having come before the Court on the Defendant's Motion for
Termination of Supervised Release, and the Court having reviewed the motion, and the
records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr.
Nelson's supervised release is warranted by the conduct of Mr. Nelson and in the
interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Nelson
shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of
record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this ___31st___ day of July, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*William J. Nelson*; CR16-038RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2

Presented by:

3

4   s/ *Jesse Cantor*
    Assistant Federal Public Defender
5   Attorney for William J. Nelson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*William J. Nelson*; CR16-038RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**